UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim No.: 7:9-cr-13-GFVT-EBA-2 |
| | ) | Related Civil No.: 7:13-cv-7271-GFVT-EBA |
| V. | ) | |
| | ) | |
| DWAUNE GRAVLEY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with the Order adopting the Recommended Disposition of United States Magistrate Judge Robert E. Wier [R. 398] entered contemporaneously herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. Judgment is **ENTERED** in favor of the United States;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Gravley; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 18th day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge